IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DIMITRI HENLEY,

    Petitioner,

v.

GARY HAMBLIN and
THE CIRCUIT COURT FOR
JEFFERSON COUNTY, WISCONSIN,

    Respondents.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-27-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Dimitri Henley for a writ of habeas corpus under 28 U.S.C. § 2254 for his failure to obtain the authorization required by 28 U.S.C. § 2244(b)(3)(A).

_Peter Oppeneer_        3/20/12
Peter Oppeneer, Clerk of Court    Date