IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DIMITRI HENLEY,

     Petitioner,                              JUDGMENT IN A CIVIL CASE

v.                                       Case No. 12-cv-27-bbc

GARY HAMBLIN and
THE CIRCUIT COURT FOR
JEFFERSON COUNTY, WISCONSIN,

     Respondents.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Dimitri Henley for a writ of habeas corpus under 28 U.S.C. § 2254 for his failure to obtain the authorization required by 28 U.S.C. § 2244(b)(3)(A).

_____        _____
Peter Oppeneer, Clerk of Court              3/20/12
                                            Date